**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

RONALD JOSEPH ANTOINE, SR  :  CHAPTER 13
              :
  Debtor.        :  CASE NO.: 18-58728-PMB
              :

**COVER SHEET FOR AMENDED SCHEDULE J**

Schedule J has been amended to reflect household expenses

Also included with this amendment are the Amended Summary of Schedules, Amended Statistical Summary and Declaration of Schedules.

Date: June 4, 2018

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE
Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

RONALD JOSEPH ANTOINE, SR        :        CHAPTER 13
                                 :
          Debtor.                :        CASE NO.: 18-58728-PMB
                                 :

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Amended Schedule J, Amended Summary of Schedules, Amended Statistical Summary and Amended Declaration of Debtor's Schedules in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Melissa J. Davey (served via ECF)
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street NW
Atlanta, GA 30303

Ronald Joseph Antoine, Sr
4809 Martin's Crossing Rd
Stone Mountain, GA 30088


SEE ATTACHED FOR ADDITIONAL CREDITORS

Date: June 4, 2018

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE
Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001