UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-58728-PMB |
| | ) | |
| RONALD JOSEPH ANTOINE, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST, | ) ) ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONALD JOSEPH ANTOINE, SR., and MELISSA J. DAVEY, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR RELIEF FROM STAY**

COMES NOW, U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, c/o SN Servicing Corporation, its servicing agent ("Movant"), and hereby shows this Court the following:

1.

Pursuant to 11 U.S.C. Section 362(d) and Fed. R. Bankr. P. 4001, Movant seeks an order that terminates the automatic stay as to Movant for purposes of allowing it to enforce its security interest in certain real property of the estate, commonly known as 4809 Martins Crossing Rd., Stone Mountain, GA 30088 ("Real Property") in accordance with the terms of a certain security deed and with applicable non-bankruptcy law.

2.

Debtor filed the above-styled Chapter 13 on May 25, 2018.

3.

Movant holds a claim secured by the Real Property. True and correct copies of the subject loan documents are collectively attached hereto as Exhibit "A" and incorporated herein by reference ("Loan Documents").

4.

Debtor is post-petition delinquent as follows:

```
12 Payments Due 08/01/2018 through 07/01/2019 @ $548.75 each:   $ 6,585.00
10 Payments Due 08/01/2019 through 05/01/2020 @ $531.21 each:     5,312.10
Late Charges:                                                        58.14
Owed To Borrower (Unapplied Suspense):                             (191.08)

                                                        Total: $11,764.16
```

5.

Movant is not adequately protected.

6.

Debtor has little equity, if any, in the Real Property. Per the DeKalb County Tax Assessor, the value of the Real Property is approximately $123,300.00. A true and correct copy of the 2019 tax assessment is attached hereto as Exhibit "B" and incorporated herein by reference. The payoff on the subject loan as of May 4, 2020, was approximately $97,415.63, excluding attorney's fees and costs for this Motion, with an unpaid principal balance of $68,225.24.

7.

The Real Property is not necessary for an effective reorganization, and a viable reorganization is not in prospect.

8.

Movant has incurred $850.00 in attorney's fees and $181.00 costs in bringing this Motion and is entitled to reimbursement for same pursuant to the Loan Documents.

WHEREFORE, Movant prays that this Court, after notice and a hearing:

a) Waive the stay set forth in FBR 4001(a)(3);

b) Terminate the automatic stay as to Movant to permit it to enforce its security interest in the Real Property in accordance with the terms of the Loan Documents and applicable non-bankruptcy law, including, but not limited to, conducting a foreclosure sale, seeking confirmation thereof in order to pursue any deficiency, and seeking possession of the Real Property pursuant to the laws of the State of Georgia. However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement. Movant may contact Debtor via telephone or written correspondence to offer any such agreement;

c) Award $850.00 attorney's fees and $181.00 costs incurred by Movant in bringing the Motion; and

d) Grant such other and further relief as this Court deems just, necessary, and proper.

This 4th day of May, 2020.

> Prepared By:
> Attorney for Movant
>
> _____/s/_____
> Marc E. Ripps
> Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-58728-PMB |
| | ) | |
| RONALD JOSEPH ANTOINE, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST, | ) ) ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONALD JOSEPH ANTOINE, SR., and MELISSA J. DAVEY, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF ASSIGNMENT OF HEARING**

PLEASE TAKE NOTICE that Movant has filed a motion for relief from the automatic stay ("Motion") and related papers with the court seeking an order for relief sought in the Motion.

YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, then you may wish to consult one.)  If you do not want the court to lift the automatic stay, or if you want the court to consider your views on the Motion, then you or your attorney must attend a hearing on **May 28, 2020, at 1:30 p.m. in Courtroom 1202, United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA 30303**.  IF STAY OF ACTION IS AGAINST CO-DEBTOR, THEN 20-DAY STAY RESPONSE TIME, U.S.C. SECTION 1301 (d), PLUS THREE DAYS IF SERVICE BY MAIL.  THE AUTOMATIC STAY SHALL REMAIN IN EFFECT WITH RESPECT TO MOVANT UNTIL COURT ORDER OTHERWISE.

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website**

**www.ganb.uscourts.gov prior to the hearing for instructions on whether to appear in person or by phone.**

If you or your attorney do not take these steps, then the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the event a hearing cannot be held within thirty (30) days from the filing of the Motion as required by 11 U.S.C. Section 362, Movant, by and through counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by signature below.

This 4th day of May, 2020.

PREPARED BY AND CONSENTED TO:
Attorney for Movant


_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-58728-PMB |
| | ) | |
| RONALD JOSEPH ANTOINE, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST, | ) ) ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONALD JOSEPH ANTOINE, SR., and MELISSA J. DAVEY, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

    This is to certify that I served the parties listed below with a copy of the Motion for Relief from Stay and the Notice of Assignment of Hearing by, unless otherwise noted, depositing a true and correct copy of each with the United States Postal Service with sufficient postage affixed thereto to insure first class delivery:

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Howard P. Slomka, Esq.
Attorney for Debtor
Via Electronic Notice

Ronald Joseph Antoine, Sr.
4809 Martins Crossing Rd.
Stone Mountain, GA 30088

This 4th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Marc E. Ripps
　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com