**IT IS ORDERED as set forth below:**



**Date: June 4, 2020**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 18-58728-PMB |
| | ) |
| RONALD JOSEPH ANTOINE, SR., | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST, | ) ) ) ) CONTESTED MATTER |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD JOSEPH ANTOINE, SR., and MELISSA J. DAVEY, Trustee, | ) ) |
| | ) |
| Respondents. | ) |

**CONSENT ORDER DENYING MOTION FOR RELIEF FROM STAY**

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust,

c/o SN Servicing Corporation, its servicing agent ("Movant"), filed a Motion for Relief

from Stay on May 4, 2020 (Doc. No. 62), ("Motion"), and the hearing on the Motion was scheduled for May 28, 2020 at 1:30 p.m. Movant and Debtor have consented to the terms herein without any opposition from the Chapter 13 Trustee, and good cause has been shown. Accordingly, the parties agree as follows:

1.

Debtor acknowledges being delinquent on the post-petition payments as set forth under the terms and conditions of the subject loan documents attached to the Motion and incorporated herein by reference ("Loan Documents"). The arrearage is in the amount of $12,795.16 and consists of the post-petition payments for August 2018 through and including July 2019 at $548.75 each, August 2019 through and including May 2020 at $531.21 each, $58.14 late charges, and $850.00 attorney's fees, and $181.00 costs incurred by Movant in bringing the Motion, minus $191.08 in suspense.

2.

All payments made pursuant to this Consent Order shall have the subject loan number xx8223 written thereon and shall be remitted directly to Movant, c/o SN Servicing Corporation, P.O. Box 660820, Dallas, TX 75266-0820. Beginning on June 1, 2020, Debtor shall cure the post-petition arrearage by remitting $405.00 *in addition to* each of the regular post-petition payments for June 2020 and July 2020, $1,100.00 *in addition to* each of the regular post-petition payments for August 2020 through and including December 2020, $1,300.00 *in addition to* each of the regular post-petition payments for January 2021 through and including April 2021, and $1,285.16 *in addition to* the regular post-petition payment for May 2021.

3.

Debtor shall make all payments under this Consent Order in strict compliance with the terms herein and shall make the June 2020 through and including May 2021 post-petition payments in strict compliance with the terms of the Loan Documents.

4.

In the event of a default on any of the payments set forth in Paragraphs Two or Three above, Movant or Movant's counsel shall give written notice, by first class mail to Debtor and via email to Debtor's counsel, of Debtor's default and right to cure the default within ten (10) days from Debtor's receipt of the written notice.  Debtor shall be presumed to have received the written notice on the fifth (5th) calendar day following mailing of said notice by Movant or Movant's counsel provided that said notice was properly addressed and that sufficient postage was affixed thereto.  Movant shall be entitled to attorney's fees of $85.00 per default notice, plus mailing costs.  Upon Debtor's failure to cure within the ten-day period, Movant or Movant's counsel may file an affidavit of default and a delinquency motion and serve both upon Debtor, Debtor's counsel, and the Chapter 13 Trustee.  This Court may then terminate the automatic stay as to Movant without further notice or hearing and order that:

> a) The Motion is granted;
> b) The stay set forth in FBR 4001(a)(3) is waived, and the automatic stay is terminated as to Movant so that it may pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property, as more particularly described in the Loan Documents, commonly known as 4809 Martins Crossing Rd., Stone Mountain, GA 30088 ("Real Property"), including, but not limited to, advertising and conducting a foreclosure sale, seeking confirmation of the sale in order to pursue any deficiency, and seeking possession of the Real Property.  However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement.  Movant may contact Debtor via telephone or written correspondence to offer any such agreements; and
> c) The Chapter 13 Trustee shall cease funding Movant's pre-petition claim. Upon completion of any foreclosure sale by Movant during the pendency of this case, all proceeds exceeding Movant's lawful debt that would otherwise be payable to the Debtor shall be promptly remitted to the Chapter 13 Trustee.  Movant is granted leave to seek allowance of a deficiency claim, if appropriate, but Debtor and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

It is hereby ORDERED that the agreement as described herein is approved, and that the Motion is denied without prejudice, subject to the terms of the agreement.

[END OF DOCUMENT]

PREPARED BY AND CONSENTED TO:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com


CONSENT TO:
Attorney for Debtor

_____/s/_____
Howard P. Slomka        (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 652875

Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339
(404) 800-4001
Email:  hs@atl.law


NO OPPOSITION:
Chapter 13 Trustee

_____/s/_____
Kelsey A. Makeever        (By Marc E. Ripps, Esq. with express permission)
Attorney for the Chapter 13 Trustee
Georgia Bar No. 371499

Suite 200
260 Peachtree Street
Atlanta, GA  30303
(678) 510-1444
Email:  kmakeever@13trusteeatlanta.com

## DISTRIBUTION LIST ON CONSENT ORDER

Pursuant to LR 9013-3(c) NDGa., the Consent Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Melissa J. Davey, Esq.
Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339

Ronald Joseph Antoine, Sr.
4809 Martins Crossing Rd.
Stone Mountain, GA 30088