**IT IS ORDERED as set forth below:**



**Date: July 20, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 18-58728-PMB |
| | ) |
| RONALD JOSEPH ANTOINE, SR., | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| U.S. BANK TRUST NATIONAL | ) |
| ASSOCIATION, AS TRUSTEE OF | ) |
| THE CABANA SERIES IV TRUST, | ) CONTESTED MATTER |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD JOSEPH ANTOINE, SR., and | ) |
| MELISSA J. DAVEY, Trustee, | ) |
| | ) |
| Respondents. | ) |

**ORDER GRANTING DELINQUENCY MOTION**

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, c/o SN Servicing Corporation, its servicing agent (the "Movant"), filed a *Motion for*

*Relief from Stay* on May 4, 2020 (Doc. No. 62) (the "Motion") on which the hearing was scheduled for May 28, 2020. Movant and Debtor entered into a Consent Order that was filed on June 4, 2020 (Doc. No. 64) (the "Consent Order"). Movant filed a *Delinquency Motion* and an Affidavit of Default on July 12, 2021 (Doc. No. 67) (collectively the "Delinquency Motion") subsequent to a default by Debtor on the terms of the Consent Order. For good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

1.

The Delinquency Motion is hereby granted.

2.

The stay set forth in FBR 4001(a)(3) is hereby waived, and the automatic stay is hereby terminated as to Movant to permit it to pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property as more particularly described in the subject loan documents and commonly known as 4809 Martins Crossing Rd., Stone Mountain, GA 30088 (the "Real Property"), including, but not limited to, advertising and conducting a foreclosure sale; seeking possession of the Real Property; and, after further relief from this Court during the pendency of this case, seeking confirmation of the foreclosure sale in order to pursue any deficiency. However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement. Upon receipt of Debtor's counsel's prior written authorization, Movant may contact Debtor via telephone or written correspondence to offer any such agreement.

3.

Upon entry of this Order, the Chapter 13 Trustee shall cease funding Movant's pre-petition claim. Upon completion of any foreclosure sale by Movant during the pendency of this case, all proceeds exceeding Movant's lawful debt that would otherwise be payable to Debtor shall be promptly remitted to the Chapter 13 Trustee. Movant is

granted leave to seek allowance of a deficiency claim, if appropriate, but Debtor and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

[END OF DOCUMENT]

PREPARED BY:
Attorney for Movant

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com

## DISTRIBUTION LIST ON ORDER

Pursuant to LR 9013-3(c) NDGa., the Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Melissa J. Davey, Esq.
Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339

Ronald Joseph Antoine, Sr.
4809 Martins Crossing Rd.
Stone Mountain, GA 30088