IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

RONALD JOSEPH ANTOINE, SR       :    CHAPTER 13
                                :
    Debtor.                     :    CASE NO.: 18-58728-PMB
====================================================================

**AMENDED AND RESTATED MOTION TO RETAIN
AND RATIFY PRIOR USE OF TAX REFUND**

NOW COMES the Debtor in the above case, by and through his attorney of record Howard P. Slomka, Esq., and files this Amended and Restated Motion to Retain and Ratify Prior Use of Tax Refund, showing the court as follows.

This Motion amends and restates the Motion previously filed at Docket No. 70.

1.

This court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, et seq. and 11 U.S.C. Section 101 et seq.

2.

Venue is appropriate pursuant to 28 U.S.C. Section 1409

3.

This matter is a core proceeding as defined in 28 U.S.C. 157(b) (2) (A).

4.

The Debtor filed for relief in the above-styled Chapter 13 case on May 25, 2018. Debtor's Chapter 13 plan was confirmed on October 18, 2018

5.

Debtor has received tax refunds from the IRS for his Federal Income Taxes for the past three (3) years, in the amounts as follows:  2018:  $7,799;  2019:  $7,682; and 2020: $9,383 for a total of $24,864 (the "Refund").   Debtor moves to retain the entire Refund due to the following.

6.

Debtor has had work hours reduced due to COVID since March, 2020.   He works at Stone Mountain Park and the park was not receiving visitors for much of 2020.  He has now returned to regular hours.   Debtor has used the Refund to remain current on his plan payments due to the Chapter 13 Trustee.

7.

 Debtor has also used the payments for significant home maintenance and repair items.  Specifically, Debtor is in the process of replacing all siding around his home and the roof.  He does the work himself when he has funds to afford it.  The siding project will cost over $10,000 in materials, and is mostly complete, and the new roof (which includes replacing much of the plywood deck) will cost over $10,000 in materials and is in progress.  Debtor also has had to tear up his sidewalk and the repair to the walk and the adjacent driveway will cost over $3,000 in materials, equipment rental and labor.   Debtor's HVAC system (interior and exterior units) require replacement at a cost of over $6,000.  Finally, Debtor had to replace the timing belt and water pump in his Nissan at a cost of over $3,600, which is already spent.

8.

Debtor can demonstrate that he has spent all of the Refund, as these unbudgeted costs caused him to default on his mortgage which was then the subject of a motion for relief from stay, which was granted by this Court.

9.

Debtor's counsel has negotiated a direct settlement with the lender to allow debtor to remain in the home, and part of that settlement required Debtor to maintain and repair the home. Debtor has no funds remaining from the Refund and replacing or paying any to the trustee would pose a hardship to Debtor. However, Debtor has agreed that ALL future tax refunds will be disbursed directly to the trustee to increase Debtor's plan base.

10.

WHEREFORE, Debtor prays that this Motion be filed, read and considered, that the Debtor be allowed to retain the Refund; and

That the Court grants such other and further relief as it may deem just and proper under the circumstances.

Respectfully submitted this 25th day of August, 2021.

\_\_\_\_/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
6400 Powers Ferry Road NW Suite 391
Atlanta, GA 30339
(404) 800-4001

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| RONALD JOSEPH ANTOINE, SR | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-58728-PMB |

================================================================

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Debtor RONALD JOSEPH ANTOINE, SR. has filed an Amended and Restated Motion to Retain Tax Refund and related papers with the Court seeking an order allowing him to retain prior received tax refunds.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion at **10:15 A.M. on September 30, 2021** in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This matter will appear on a Court calendar at the date and time indicated on this notice. At the call of the calendar (the "calendar call") Court staff will ask for announcements for all matters. **Parties may attend the calendar call in person or on the telephone (Dial the toll-free number: 888- 557-8511 and then enter the access code: 3347422).** Matters that need to be heard by the Court may be heard by telephone, by video conference, or in person. Before the day of your hearing, it is important that you review the "Open Calendar Procedures" tab on Judge Baisier's web page, which can be found at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier or under the "Information About Bankruptcy Court Hearings" link at the top of the web page for this Court, www.ganb.uscourts.gov. These web pages will provide more information on how the calendar call will be conducted for this matter, when the matter will be heard if a hearing before the Court is necessary, and whether any necessary hearing will be conducted by telephone, by video conference via Judge Baisier's Virtual Hearing Room, or in person.

Dated: August 25, 2021

\_\_\_\_/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
6400 Powers Ferry Road NW Suite 391
Atlanta, GA 30339
(404) 800-4001

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| RONALD JOSEPH ANTOINE, SR | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-58728-PMB |

==================================================================

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Amende and Restated Motion to Retain Tax Refund to in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Melissa J. Davey, Standing Chapter 13 Trustee
260 Peachtree Street, NW
Suite 260
Atlanta, GA 30303


SEE ATTACHED FOR ADDITIONAL CREDITORS

DATED: August 25, 2021

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
6400 Powers Ferry Road NW Suite 391
Atlanta, GA 30339
(404) 800-4001

```
Label Matrix for local noticing         Ronald Joseph Antoine Sr.              Mark Allan Baker
113E-1                                  4809 Martin's Crossing Rd.             McMichael Taylor Gray, LLC
Case 18-58728-pmb                       Stone Mountain, GA 30088-1913          Suite 260
Northern District of Georgia                                                   3550 Engineering Drive
Atlanta                                                                        Peachtree Corners, GA 30092-2871
Tue Aug 17 16:24:56 EDT 2021

Andrea Lynn Betts                       William Alexander Bozarth              Melissa J. Davey
Robertson Anschutz Schneid Crane Ptrs   Office of Melissa J. Davey             Melissa J. Davey, Standing Ch 13 Trustee
Suite 170                               Standing Chapter 13 Trustee            Suite 200
10700 Abbott's Bridge Road              Suite 200                              260 Peachtree Street, NW
Duluth, GA 30097-8461                   260 Peachtree Street, NW               Atlanta, GA 30303-1236
                                        Atlanta, GA 30303-1236

Melissa J. Davey                        (p)GEORGIA DEPARTMENT OF REVENUE       Michelle Rene Ghidotti-Gonsalves
Office of Melissa J. Davey              COMPLIANCE DIVISION                    The Law Offices of Michelle Ghidotti
Standing Chapter 13 Trustee             ARCS BANKRUPTCY                        1920 Old Tustin Ave.
Suite 200                               1800 CENTURY BLVD NE SUITE 9100        Santa Ana, CA 92705-7811
260 Peachtree Street, NW                ATLANTA GA 30345-3202
Atlanta, GA 30303-1236

Internal Revenue Service                Kinum                                  Craig B. Lefkoff
PO Box 7346                             2133 Upton Dr                          Lefkoff Rubin Gleason Russo Williams PC
Philadelphia, PA 19101-7346             Virginia Beach, VA 23454-1193          Suite 900
                                                                               5555 Glenridge Connector
                                                                               Atlanta, GA 30342-4762

MTGLQ Investors, L.P                    MTGLQ Investors, L.P                   MTGLQ Investors, LP
RAS Crane, LLC                          Select Portfolio Servicing, Inc.       c/o Rushmore Loan Management Services
10700 Abbotts Bridge Road, Suite 170    P.O. Box 65250                         P.O. Box 52708
Duluth, GA 30097-8461                   Salt Lake City UT 84165-0250           Irvine, CA 92619-2708

Marc E. Ripps                           Joshua M. Ryden                        Howard P. Slomka
Marc E. Ripps, Esq.                     Aldridge Pite, LLP                     Slipakoff & Slomka, PC
P O Box 923533                          Fifteen Piedmont Center                Suite 391
Norcross, GA 30010-3533                 3575 Piedmont Rd NE Suite 500          6400 Powers Ferry Road NW
                                        Atlanta, GA 30305-1636                 Atlanta, GA 30339-2970

Sps                                     (p)STATE COLLECTION SERVICE INC        Tidewater Credit Servi
Po Box 65250                            2509 S STOUGHTON RD                    6520 Indian River Rd
Salt Lake City, UT 84165-0250           MADISON WI 53716-3314                  Virginia Beach, VA 23464-3439

(p)TIDEWATER FINANCE COMPANY            U. S. Attorney                         U.S. Bank Trust National Association,
P O BOX 13306                           600 Richard B. Russell Bldg.           as Trustee of the Cabana IV Trust
CHESAPEAKE VA 23325-0306                75 Ted Turner Drive, SW                c/o SN Servicing Corporation
                                        Atlanta GA 30303-3315                  323 Fifth Street
                                                                               Eureka, CA 95501-0305

US Bank Trust National Association,     US Bank Trust National, et al.         World Omni F
as Trustee of the Lodge Series III Trust 323 5th Street                        Po Box 91614
323 5th Street                          Eureka, CA 95501-0305                  Mobile, AL 36691-1614
Eureka, CA 95501-0305


World Omni Financial Corp. Its Successor and
Assigns
c/o Weltman, Weinberg & Reis Co LPA
323 W. Lakeside Ave Suite 200
Cleveland OH 44113-1009
```