

**IT IS ORDERED as set forth below:**

**Date: October 12, 2021**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **RONALD JOSEPH ANTOINE, SR.,** | ) | CASE NO. **18-58728-PMB** |
| | ) | |
| DEBTOR. | ) | |

**ORDER ON THE DEBTOR'S**
**AMENDED MOTION TO RETAIN TAX REFUNDS**

On August 25, 2021, the Debtor filed his *Amended Motion to Retain Tax Refunds* (Doc. No. 71) (the "Motion"), which was scheduled for hearing September 30, 2021. All parties have been served. Debtor was represented by Howard P. Slomka, Esq. and Chapter 13 trustee Melissa J. Davey was represented by Delaycee Rowland, Esq. As no opposition was announced at the hearing, it is hereby

**ORDERED** that, Debtor's Motion is GRANTED.

**[END OF DOCUMENT]**

No opposition by:                          Presented by:

/s/        *with express permission*        /s/ _____
Delaycee Rowland                           Howard P. Slomka
GA Bar No. 773359                          GA Bar No. 652875
Attorney for Chapter 13 Trustee            Attorney for Debtor
260 Peachtree Street, NW                    Slipakoff & Slomka, PC
Suite 200                                  6400 Powers Ferry Road NW
Atlanta, GA  30303                         Suite 391
(678) 510-1444                             Atlanta, GA 30339
mail@13trusteeatlanta.com                  (404) 800-4001
                                           Email: HS@ATL.law

Case No. 18-58728-PMB

# DISTRIBUTION LIST

DEBTOR:

Ronald Joseph Antoine, Sr.
4809 Martin's Crossing Rd.
Stone Mountain, GA 30088

ATTORNEY FOR DEBTOR:

Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339


CHAPTER 13 TRUSTEE:

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303