**IT IS ORDERED as set forth below:**



**Date: October 13, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **RONALD JOSEPH ANTOINE, SR.,** | ) | CASE NO. **18-58728-PMB** |
| | ) | |
| DEBTOR. | ) | |

**CONSENT ORDER ON THE TRUSTEE'S
AMENDED MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE,
MOTION TO DISMISS CASE**

On June 11, 2021, the Chapter 13 Trustee filed a *Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case* (Doc. No. 66) (the "Motion"), which was scheduled for hearing September 30, 2021. As the parties reached agreement prior to the hearing, it is hereby

**ORDERED** that, Debtor's plan is modified to commit one hundred (100%) percent of any 2021 and 2022 tax refunds to the case to be applied pursuant to the terms of the confirmed plan. It is further

**ORDERED** that, Debtor's plan is modified to increase the unsecured pool to $15,000.00. It is finally

**ORDERED** that, subject to the foregoing terms and conditions, the Motion is **DENIED**.

**[END OF DOCUMENT]**

| Presented by: | Consented to by: |
|---|---|
| /s/ | /s/   *with express permission* |
| Delaycee Rowland | Howard P. Slomka |
| GA Bar No. 773359 | GA Bar No. 652875 |
| Attorney for Chapter 13 Trustee | Attorney for Debtor |
| 260 Peachtree Street, NW | Slipakoff & Slomka, PC |
| Suite 200 | 6400 Powers Ferry Road NW |
| Atlanta, GA  30303 | Suite 391 |
| (678) 510-1444 | Atlanta, GA 30339 |
| mail@13trusteeatlanta.com | (404) 800-4001 |
| | Email: HS@ATL.law |

Case No. 18-58728-PMB

# DISTRIBUTION LIST

DEBTOR:

Ronald Joseph Antoine, Sr.
4809 Martin's Crossing Rd.
Stone Mountain, GA 30088

ATTORNEY FOR DEBTOR:

Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339

CHAPTER 13 TRUSTEE:

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303